AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organizat on | 3. Date of Report |
|---|---|---|
| JOYNER, J. CURTIS | U.S. DISTRICT COURT | 5/11/2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE - ACTIVE | ___ Nomination, Date _____  <br> ___ Initial __X__ Annual ___ Final | 1/01/2003 - 12/31/2003 |

| 7. Chambers or Office Address <br> 8613 U.S. COURTHOUSE <br> INDEPENDENCE MALL WEST <br> PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 EXECUTOR | ESTATE #1 |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 Wages | COMMONWEALTH OF PA - HIGHER EDUCATION | |
| 2 2003 | COUNCIL ON SOCIAL WORK EDUCATION | |

FINANCIAL DISCLOSURE OFFICE — RECEIVED MAY 19 10 59 AM '04

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION, INC. | ANNUAL DINNER HONORING FEDERAL JUDICIARY WALDORF ASTORIA, NEW YORK, NY |
| 2 | | (TRANSPORTATION, FOOD and HOTEL) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=\$15,000 or less          K=\$15,001-\$50,000          L=\$50,001-\$100,000          M=\$100,001-\$250,000
              N=\$250,001-\$500,000          O=\$500,001-\$1,000,000          P1=\$1,000,001-\$5,000,000
         P2=\$5,000,001-\$25,000,000          P3=25,000,001-50,000,000          P4=50,000,001 or more

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| **J. CURTIS JOYNER** | 5/11/2004 |

## VII.  Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure* | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, | | | | | | | | | |
| 1  Merrill Lynch - Capital Fund Class B - Mutual Fund | A | div. | J | T | | | | | |
| 2  CATS Principal Series K | A | int. | K | T | | | | | |
| 3  Zero % Bond | | | | | | | | | |
| 4  Sentinel Funds | A | div. | J | T | | | | | |
| 5  IRA Mutual Fund | | | | | | | | | |
| 6  Citizens - IRA | A | int. | J | T | | | | | |
| 7  Citizens - IRA | A | int. | J | T | | | | | |
| 8  Minnesota Mutual Life Annuity | A | int. | J | T | | | | | |
| 9  Chester Valley Bancorp, | A | div. | J | T | | | | | |
| 10  Inc., Common | | | | | | | | | |
| 11  Vanguard World Fund - IRA | A | int. | K | T | | | | | |
| 12  The First National Bank of | A | div. | J | T | | | | | |
| 13  Boston TR IRA - MFS Growth | | | | | | | | | |
| 14  Opportunities Fund A | | | | | | | | | |
| 15  Citizens Bank  "Account" | | int. | K | T | | | | | |
| 16  Estate #1 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=\$1,000 or less F=\$50,001- \$100,000 | B=\$1,001-\$2,500 G=\$100,001-\$1,000,000 | C=\$2,501-\$5,000 H1=\$1,000,001-\$5,000,000 | D=\$5,001-\$15,000 H2=More than \$5,000,000 | E=\$15,001-\$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=\$15,000 or less N=\$250,001-\$500,000 P3=\$25,000,001-\$50,000,000 | K=\$15,001-\$50,000 O=\$500,001-\$1,000,000 | L=\$50,001- \$100,000 P1=\$1,000,001-\$5,000,000 P4=More than \$50,000,000 | M=\$100,001-\$250,000 P2=\$5,000,001-\$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | J. CURTIS JOYNER | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Sig ██████████████████████  Date _May 11, 2004_

NO ████ DIVIDUA ████ LY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUB ████ CIVIL AND ████ TIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544